UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:10-CV-01594-JST (AJWx)                        Date:  November 15, 2010

Title:  Steven Fox v. United States of America

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

  Not Present                                               Not Present

**PROCEEDINGS:   (IN CHAMBERS)  ORDER TO SHOW CAUSE AND SETTING HEARING FOR DECEMBER 6, 2010, AT 1:30 P.M.**

Local Rule 7.1-1 requires that, "counsel for all non-governmental parties shall file with their first appearance an original and two copies of a Notice of Interested Parties which shall list all persons, associations of persons, firms, partnerships and corporations (including parent corporations clearly identified as such) which may have a pecuniary interest in the outcome of the case, including any insurance carrier which may be liable in whole or in part (directly or indirectly) for a judgment that may be entered in the action or for the cost of defense."  Plaintiff has failed to file a Local Rule 7.1-1 certification. "Failure to follow a district court's local rules is a proper ground for dismissal."  *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

Accordingly, the Court orders Plaintiff to show cause as to why the Court should not dismiss the case for failure to comply with Local Rule 7.1-1.  The Court sets an Order to Show Cause hearing for **December 6, 2010, at 1:30 p.m.**  Plaintiff shall submit a written response and a Notice of Interested Parties no later than November 29, 2010.

Initials of Preparer:  enm