1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11

STEVEN FOX,                    )      No. SA CV 10-1594-JST (AJWx)
12                             )
               Plaintiff,      )
13       v.                    )      **JUDGMENT**
                               )
14  UNITED STATES OF AMERICA,  )
                               )      TRIAL DATE: November 8, 2011
15             Defendant.      )      TIME:        9:00 a.m.
                               )
16  _____)

17

18      The Court having conducted the trial of this action, and

having made its Findings of Fact and Conclusions of Law filed
19
March 7, 2012, it is hereby ORDERED, ADJUDGED AND DECREED that
20
Judgment on the complaint is entered in favor of defendant United
21
States of America and against plaintiff Steven Fox.
22
DATED: March 21, 2012
23

24

25

26      _____
            HON. JOSEPHINE STATON TUCKER
27          United States District Judge

28

                                1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28