UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| STEVEN FOX, | ) | No. SA CV 10-1594-JST (AJWx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| UNITED STATES OF AMERICA, | ) | |
| | ) | TRIAL DATE: November 8, 2011 |
| Defendant. | ) | TIME: 9:00 a.m. |

The Court having conducted the trial of this action, and having made its Findings of Fact and Conclusions of Law filed March 7, 2012, it is hereby ORDERED, ADJUDGED AND DECREED that Judgment on the complaint is entered in favor of defendant United States of America and against plaintiff Steven Fox.

DATED: March 21, 2012

HON. JOSEPHINE STATON TUCKER
United States District Judge

1